Lee Iglody
NV Bar No. 7757
Iglody Law
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com
*Local Counsel for Plaintiffs*

Alexander J. Santana
FL Bar No. 89584*
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>O'BANNON DEVELOPMENT, L.L.C., a Nevada<br>Limited Liability Company,<br>ZENITH ENTERPRISES, INC. a Nevada Corporation,<br>ENZA GLOBAL LLC, a Nevada Limited Liability<br>Company, and<br>CARLITO'S CUBAN FOOD & CAFETERIA L.L.C.,<br>a Nevada Limited Liability Company,<br><br>Defendant(s). | **Case No.** 2:26-cv-01608-RFB-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE AND FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

The parties, Plaintiffs John Meggs and Access 4 All, Inc. (collectively, "Plaintiffs"), Defendant O'Bannon Development LLC ("O'Bannon"), and Defendant Zenith Enterprises Inc. ("Zenith") (collectively, the "Appearing Defendants," and together with Plaintiffs, the "Appearing Parties"), by and through their respective counsel, jointly stipulate and request that the Court extend the deadline to conduct the conference required by Federal Rule of Civil Procedure 26(f) and to file the stipulated discovery plan and scheduling order. This is the parties' first request to extend this deadline.

1) Plaintiffs filed the Complaint on May 27, 2026 [ECF No. 1].

2) Enza Global LLC was served on June 2, 2026 [ECF No. 10], but has not appeared or otherwise responded to the Complaint. Plaintiffs are evaluating the appropriate next steps concerning Enza Global LLC.

3) Zenith answered the Complaint on July 24, 2026 [ECF No. 17].

4) O'Bannon answered the Complaint on August 5, 2026 [ECF No. 19].

5) The docket set September 7, 2026, as the deadline for the discovery plan and scheduling order [ECF No. 17].

6) Carlito's Cuban Food & Cafeteria LLC was served on August 20, 2026, and Plaintiffs filed proof of service on August 31, 2026 [ECF No. 26]. Carlito's response to the Complaint is due September 10, 2026.

7) The present request is submitted less than 21 days before the existing deadline because Carlito's was only recently served and its proof of service was filed on August 31, 2026. The Appearing Parties promptly conferred regarding a limited extension after Carlito's service status was confirmed.

8) Good cause exists for an extension because the present deadline expires before Carlito's

response is due. The extension will allow Carlito's a reasonable opportunity to respond and, if it appears, to participate in a meaningful Rule 26(f) conference. It will also avoid potentially duplicative conferences, disclosures, and scheduling submissions.

9) The Appearing Parties will conduct the Rule 26(f) conference no later than September 25, 2026, whether or not Carlito's or Enza Global LLC has appeared by that date, and shall file the stipulated discovery plan and scheduling order no later than October 9, 2026.

10) Accordingly, the parties respectfully request that the Court extend the deadline to conduct the Rule 26(f) conference through September 25, 2026, and extend the deadline to file the stipulated discovery plan and scheduling order from September 7, 2026, to October 9, 2026.

11) This Stipulation is not intended to cause delay or prejudice any party and is not sought for any improper purpose.

**IT IS SO STIPULATED.**

DATED: September 8, 2026

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Alexander J. Santana*______
Alexander J. Santana, Esq., FL Bar No. 89584
5600 Davie Road
Davie, Florida 33314
Telephone: (954) 463-8100
asantana@mineolaw.com
alexandrar@mineolaw.com
service@mineolaw.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs, John Meggs and Access 4 All, Inc.*

**MATTHEW L. JOHNSON & ASSOCIATES, P.C.**

*/s/ Matthew L. Johnson* _____________
Matthew L. Johnson, Esq.
Nevada Bar No. 6004
Russell G. Gubler, Esq.
Nevada Bar No. 10889
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
*Attorneys for Defendant O'Bannon Development LLC*

**IGLODY LAW**

*/s/ Lee I. Iglody* ____________
Lee I. Iglody, Esq., Nevada Bar No. 7757
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 561-9934
lee@iglody.com
*Local Counsel*
*Attorneys for Plaintiffs, John Meggs and Access 4 All, Inc.*

**JEFFREY R. ALBREGTS, LLC / KRISTA N. ALBREGTS, PLLC**

*/s/ Krista N. Albregts* ____________
Krista N. Albregts, Esq.
Nevada Bar No. 13301
Jeffrey R. Albregts, Esq.
Nevada Bar No. 0066
2301 Green Mountain Court
Las Vegas, Nevada 89135
Telephone: (725) 577-2966
krista.albregts@gmail.com
jalbregts@albregtslaw.com
*Attorneys for Defendant Zenith Enterprises Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED: September 9, 2026

______________________________
UNITED STATES MAGISTRATE JUDGE